■ AVIS RENT-A-CAR, INC., Respondent, v CENTENNIAL INSURANCE COMPANY, Appellant, and LIBERTY MUTUAL INSURANCE COMPANY et al., Respondents, et al., Defendants.—Order and judgment (one paper) of the Supreme Court, New York County (Edward Greenfield, J.), entered on July 17, 1987, which directed that plaintiff Avis Rent-A-Car have indemnification against defendant Centennial Insurance Company in the sum of $500,000, is unanimously modified on the law and the facts to the extent of directing Centennial to indemnify Avis in the amount of $450,000, and otherwise affirmed, without costs or disbursements.

Plaintiff-respondent Avis Rent-A-Car concedes that the calculation by the Supreme Court was incorrect and that the amount of its indemnification by defendant-appellant Centennial Insurance Company should properly be $450,000, which sum is obtained by deducting the amount of the primary insurance policy, or $200,000, from the cost of the settlement of $650,000, resulting in excess coverage of $450,000 on the operator. We have considered defendant's other arguments and find them to be without merit. Concur—Murphy P. J., Sullivan, Carro, Milonas and Smith, JJ.